## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Thomas Adams

                    Plaintiff,

v.

Eric Fanning, et al.

                    Defendant.

Case No.: 1:16–cv–03868
Honorable Charles P. Kocoras

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 23, 2016:

      MINUTE entry before the Honorable Charles P. Kocoras: In furtherance of the Court's Minute entry of 6/1/16 [11] requiring payment of the filing fee for this action by 6/17/16, no filing fee having been paid, and Plaintiff Thomas Adams&#0;39; Letter to the Clerk of Court dated 6/15/16 [12] requesting withdrawal of this action, this action is dismissed. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.